E-FILED: **4/30/10**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUBY T. BERNARDO ) | NO. CV 09-4921-GHK(RCx) |
| ) | |
| Plaintiff, ) | JUDGMENT |
| ) | |
| vs. ) | |
| ) | |
| WELLS FARGO, INDYMAC BANK FSB, ) | |
| QUALITY LOAN SERVICE CORP. ) | |
| ) | |
| Defendant. ) | |

    Pursuant to our April 30, 2010 Order dismissing this action without prejudice, IT IS HEREBY ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE as to all defendants.

    IT IS SO ORDERED.

DATED: APRIL 30, 2010

_____
George H. King
United States District Judge